**Julio COSTA et al.**

v.

**R. I. BROTHERHOOD OF CORREC-TIONAL OFFICERS et al.**

**No. 81–557–A.**

Supreme Court of Rhode Island.

Nov. 19, 1981.

McKinnon & Fortunato, Stephen J. Fortunato, Jr., Pawtucket, for plaintiffs.

Law Offices of Everett A. Petronio, Inc., Everett A. Petronio, Johnston, for defendants.

### ORDER

The defendants' motion for stay of entry of the Superior Court order, as prayed, is denied.

**Larana GAUVIN**

v.

**Joseph L. GAUVIN.**

**No. 79–479–A.**

Supreme Court of Rhode Island.

Nov. 19, 1981.

Charles T. Rennick, Jr., Coventry, for petitioner.

Shayle Robinson, Providence, for respondent.

### ORDER

This case is assigned to the *show cause* calendar.

The respondent is directed to appear on a date to be assigned and show cause why his appeal should not be dismissed in light of the fact that the trial judge apparently did not err in finding the agreement herein valid and in requiring the respondent to comply with the terms of such agreement which respondent himself had drafted.

**Harold A. JOOVELEGIAN**

v.

**Albert O. ASHUKIAN et al.**

**No. 79–426–A.**

Supreme Court of Rhode Island.

Nov. 19, 1981.

Arthur G. Capaldi, Coventry, for plaintiff.

Gunning, LaFazia & Gnys, Inc., Richard T. Linn, Providence, for defendants.

### ORDER

The plaintiff's motion to remand is granted and this case is hereby remanded to the Superior Court for reconsideration in light of this court's opinion in *Pin Pin H. Su v. Kemper Insurance Companies et al.*, R.I., 431 A.2d 416 (1981).